## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELI DAVIS** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | **NO. 14-4160** |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL,** *et al.* | : | |
| *Respondents* | : | |

## O R D E R

**AND NOW**, this 20ᵗʰ day of January 2017, upon consideration of the counseled Petition for Writ of *Habeas Corpus* filed on behalf of Petitioner Eli Davis ("Petitioner"), [ECF 1], the Response to the Petition, [ECF 8], the state court record, the *Report and Recommendation* submitted by United States Magistrate Judge Marilyn Heffley ("the Magistrate Judge"), [ECF 11], and Petitioner's objections thereto, [ECF 13], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. Petitioner's objections are **OVERRULED**.

2. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.

3. Petitioner's petition for a writ of *habeas corpus* is **DENIED**.

4. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*